UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYSHAWN MORRIS,<br>     a/k/a "YaYa," and<br>EDWIN POZO,<br>     a/k/a "Swerv,"<br><br>                    Defendants. | **SEALED INDICTMENT**<br><br>26 Cr.<br><br>**26 CRIM 0207** |

## COUNT ONE
### (Attempted Murder and Assault with a Dangerous Weapon in Aid of Racketeering)

The Grand Jury charges:

### THE BRONXDALE/YDS ENTERPRISE

1.    From at least in or about 2020 through at least in or about May 2026, TYSHAWN MORRIS,  a/k/a "YaYa," and EDWIN POZO, a/k/a "Swerv," the defendants, and others known and unknown, were members and associates of Bronxdale/YDS (short for "Youngest" or "Youngins" "Doin Shit"), a street gang and organization that operated principally in the Sotomayor Houses, a public housing development of the New York City Housing Authority (previously named the Bronxdale Houses) in the Bronx, New York.   Members and associates of Bronxdale/YDS engaged in, among other activities, acts involving murder, assault, robbery, the distribution of controlled substances, and wire and bank fraud across the greater metropolitan area of New York City, including in the Bronx, Manhattan, and Queens, as well as counties north of New York City and in parts of New Jersey.

2.    Bronxdale/YDS, including its leaders, members, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce ("Bronxdale/YDS" or the "Enterprise"). The Bronxdale/YDS enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of Bronxdale/YDS.

3.    TYSHAWN MORRIS, a/k/a "YaYa," and EDWIN POZO, a/k/a "Swerv," the defendants were members and associates of the Enterprise and participated in unlawful and other activities in furtherance of the Enterprise's affairs.

PURPOSES OF THE ENTERPRISE

4.    The purposes of Bronxdale/YDS included the following:

a.    Preserving and protecting the power and territory of Bronxdale/YDS and its members and associates through intimidation, threats of violence, and acts of violence, to include murder, assault, and robbery.

b.    Keeping victims and potential victims in fear of Bronxdale/YDS and its members and associates through acts and threats of violence.

c.    Enriching members and associates of Bronxdale/YDS through, among other things, robberies; the distribution of controlled substances, including marihuana and promethazine and codeine syrup, commonly referred to as "lean,"; and wire fraud and bank fraud.

d.    Promoting and enhancing Bronxdale/YDS and the reputation and activities of its members and associates.

e.    Providing assistance to members and associates of Bronxdale/YDS who committed crimes for and on behalf of the Enterprise, including those imprisoned for such crimes.

2

MEANS AND METHODS OF THE ENTERPRISE

5.      Among the means and methods by which members and associates of Bronxdale/YDS conducted and participated in the conduct of the affairs of Bronxdale/YDS enterprise were the following:

a.      Members and associates of Bronxdale/YDS committed, conspired to commit, and attempted and threatened to commit acts of violence, including acts involving murder and assault, to protect and to expand the criminal operations of the Enterprise, to resolve disputes within the Enterprise, and to challenge and retaliate against members of rival gangs and other individuals adverse to the Enterprise.

b.      Members and associates of Bronxdale/YDS committed wire fraud and bank fraud, including schemes in which they obtained bank account information from co-conspirators and fraudulently deposited stolen checks into bank accounts controlled by members and associates of the Enterprise, then immediately withdrew the deposited funds from those bank accounts.

c.      Members and associates of Bronxdale/YDS sold controlled substances, including marihuana and promethazine and codeine syrup, commonly referred to as "lean."

d.      Members and associates of Bronxdale/YDS committed robberies, including of drug traffickers, and on certain occasions transported the proceeds of robberies interstate.

e.      Members and associates of Bronxdale/YDS obtained, possessed, and used firearms and ammunition.

THE ATTEMPTED MURDER AND ASSAULT WITH A DANGEROUS WEAPON
IN AID OF RACKETEERING

6.      On or about May 24, 2021, in the Southern District of New York and elsewhere, TYSHAWN MORRIS, a/k/a "YaYa," and EDWIN POZO, a/k/a "Swerv," the defendants, as consideration for the receipt of, and as consideration for a promise and agreement to pay, a thing

of pecuniary value from Bronxdale/YDS, and for the purpose of gaining entrance to and maintaining and increasing position in Bronxdale/YDS, an enterprise engaged in racketeering activity, as described above, knowingly attempted to murder an individual and knowingly assaulted an individual with a dangerous weapon, and aided and abetted the same, to wit, in the vicinity of 1560 Watson Avenue in the Bronx, New York, MORRIS and POZO used a knife to slash a rival gang member's neck causing a large laceration, in violation of New York Penal Law, Sections 125.25, 120.05, 120.10, 110.00, and 20.00.

(Title 18, United States Code, Sections 1959(a)(3), (a)(5), and 2.)

**FORFEITURE ALLEGATION**

7.    Upon conviction of the offense alleged in Count One of this Indictment, TYSHAWN MORRIS, a/k/a "YaYa," and EDWIN POZO, a/k/a "Swerv," the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1963, any and all interests the defendant acquired or maintained in violation of Title 18, United States Code, Section 1962; any and all interests in, securities of, claims against, and property or contractual rights of any kind affording a source of influence over, the enterprise named and described herein which the defendants established, operated, controlled, conducted, and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and any and all property constituting and derived from proceeds obtained, directly and indirectly, from the offense alleged in Count One of this Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

**Substitute Assets Provision**

8.    If any of the above-described forfeitable property, as a result of any act or omission of TYSHAWN MORRIS, a/k/a "YaYa," and EDWIN POZO, a/k/a "Swerv," the defendants:

4

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 1963(m) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 924 and 1963;
Title 21, United Sates Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____   3/21/26

FOREPERSON

_____

JAY CLAYTON

United States Attorney

5